KEVIN V. RYAN (CSBN 118321)
United States Attorney

EMUI L. CHOI (WVSBN 0722)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5056
    FAX: (408) 535-5066
    Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

[PROPOSED] ORDER TO EXCLUDE TIME
CR 05-00207 JF

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA, ) | No. CR 05-00207 JF |
| 2 | Plaintiff, ) ) | ORDER EXCLUDING TIME |
| 3 | v. ) ) | FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §§ 3161(h)(8)(A) |
| 4 | JONATHAN PAUL WENDY, ) ) | & 3161(h)(8)(B)(iv)) |
| 5 | Defendant. ) | |
| 6 | _____ ) | |

The United States, through undersigned counsel, and the defendant respectfully request that the status hearing currently scheduled for July 27, 2005 be continued to August 3, 2005. The Court continued the above-captioned matter from July 20, 2005 to July 27, 2005. However, David Kirsh, who represents the defendant, will be out of the country during the week of July 25, 2005. Therefore, the parties request a continuance until August 3, 2005. In addition, the parties hereby stipulate and agree that the time between July 20, 2005 to August 3, 2005 be excluded from the Speedy Trial Act. The parties agree that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel and continuity of counsel.

SO STIPULATED.                                KEVIN V. RYAN
                                              United States Attorney

DATED:_____

                                              _____
                                              SUSAN KNIGHT
                                              Assistant United States Attorney

DATED:_____

                                              _____
                                              DAVID KIRSCH
                                              Counsel for Mr. Jonathan Wendy

Accordingly, the Court HEREBY ORDERS that the status hearing be continued from July 27, 2005 to August 3, 2005.

Furthermore, the Court ORDERS that the time between July 20, 2005 and August 3, 2005 is excluded under the Speedy Trial Act. The Court finds that the failure to grant the requested continuance would deny the defendant effective preparation of counsel and continuity of counsel.

[PROPOSED] ORDER TO EXCLUDE TIME
CR 05-00207 JF                                2

The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

___7/21/05____  
Dated

s/electronic signature authorized  
JEREMY FOGEL  
United States District Judge