1  FRANK R. UBHAUS, CA. STATE BAR NO. 46085
   CHRISTIAN E. PICONE, CA STATE BAR NO. 218275
2  BERLINER COHEN
   TEN ALMADEN BOULEVARD
3  ELEVENTH FLOOR
   SAN JOSE, CALIFORNIA 95113-2233
4  TELEPHONE: (408) 286-5800
   FACSIMILE: (408) 998-5388
5  EMAIL: fru@berliner.com
   EMAIL: cep@berliner.com
6  ATTORNEYS FOR DEFENDANT,
   JONATHAN PAUL WENDY
7

**FILED**

AUG 2 8 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN PAUL WENDY,<br><br>Defendant. | 05-cr-00207-JF<br><br>EX PARTE APPLICATION PERMITTING TRAVEL AND [~~PROPOSED~~] ORDER PERMITTING TRAVEL BEYOND THE NORTHERN DISTRICT OF CALIFORNIA |

17      I, Christian E. Picone, an attorney for Jonathon Wendy, hereby make this application on

18  behalf of Mr. Wendy for an order permitting him to travel to San Diego from September 21 through

19  September 24, 2006.

20      On August 24, 2006, Assistant United States Attorney Susan Knight advised me that she

21  does not object to Mr. Wendy's travel request.

22      On August 24, 2006, Pretrial Services Officer Jaime Carranza advised me that he does not

23  object to Mr. Wendy's travel request. Officer Carranza requests that Mr. Wendy provide him with a

24  travel itinerary prior to his departure.

25      ////

26      ////

27      ////

28

1    I declare under penalty of perjury pursuant to the laws of the United States of America that

2    the foregoing is true and correct, and I would testify competently to the foregoing if called upon to

3    do so.

4    Executed on this 24th day of August 2006 at San Jose, California.

5

6    /s/Christian E. Picone
     CHRISTIAN E. PICONE

7

8

9

10                                  **ORDER**

11    GOOD CAUSE APPEARING, IT IS ORDERED that Defendant Jonathon Wendy may

12    travel to the San Diego from September 21 through September 24, 2006.

13    Prior to Mr. Wendy's departure, he shall provide his travel itinerary to Pretrial Services.

14

15

16    Date: August 28, 2006

17    Magistrate Judge of the United States District Court
      Northern District of California

18

19

20

21

22

23

24

25

26

27

28