KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

**E-filed 10/2/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br>        v. )<br>JONATHAN PAUL WENDY, )<br>        Defendant. )<br>_____ ) | No. CR 05-00207 JF<br><br>[~~PROPOSED~~] ORDER CONTINUING CHANGE OF PLEA HEARING |

      Assistant United States Attorney Susan Knight and defendant Jonathan Wendy, through his counsel, Christian Picone, respectfully request that the change of plea hearing currently scheduled for October 4, 2006 be continued to October 18, 2006. The parties are still negotiating a plea agreement and need additional time in order to finalize the details of the agreement.

//

//

//

//

[PROPOSED] ORDER TO EXCLUDE TIME
CR 05-00207 JF

| | |
|---|---|
| SO STIPULATED. | KEVIN V. RYAN<br>United States Attorney |
| DATED:_____ | _____/s/_____<br>SUSAN KNIGHT<br>Assistant United States Attorney |
| DATED:_____ | _____/s/_____<br>CHRISTIAN E. PICONE<br>Counsel for Mr. Jonathan Wendy |

Accordingly, the Court HEREBY ORDERS that the change of plea hearing be continued from October 4, 2006 to October 18, 2006 at 9:00 a.m.

IT IS SO ORDERED.

10/2/06
_____
Dated

_____
JEREMY FOGEL
United States District Judge

[PROPOSED] ORDER TO EXCLUDE TIME
CR 05-00207 JF                              2