KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5056
    FAX: (408) 535-5066
    Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00207 JF |
| Plaintiff, | ) | |
| v. | ) | [P~~ROPOSE~~D] ORDER CONTINUING CHANGE OF PLEA HEARING |
| JONATHAN PAUL WENDY, | ) | |
| Defendant. | ) | |

    Assistant United States Attorney Susan Knight and defendant Jonathan Wendy, through his counsel, Christian Picone, respectfully request that the change of plea hearing currently scheduled for October 18, 2006 be continued to October 25, 2006. The parties are still negotiating a plea agreement and need additional time in order to finalize the details of the agreement. In addition, Mr. Picone is unavailable on October 18th due to an appearance in state court.

//

//

[PROPOSED] ORDER TO CONTINUE HEARING
CR 05-00207 JF

| | | |
|---|---|---|
| 1 | SO STIPULATED. | KEVIN V. RYAN<br>United States Attorney |
| 2 | | |
| 3 | DATED:_____ | _____/s/_____<br>SUSAN KNIGHT<br>Assistant United States Attorney |
| 4 | | |
| 5 | DATED:_____ | _____/s/_____<br>CHRISTIAN E. PICONE<br>Counsel for Mr. Jonathan Wendy |

Accordingly, the Court HEREBY ORDERS that the change of plea hearing be continued from October 18, 2006 to October 25, 2006 at 9:00 a.m.

IT IS SO ORDERED.

   10/18/06
  Dated                              JEREMY FOGEL
                                     United States District Judge

[PROPOSED] ORDER TO CONTINUE HEARING
CR 05-00207 JF                    2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28