\*\*E-filed 10/25/06\*\*

KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone:  (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 05-00207 JF |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] |
| v. ) | ORDER CONTINUING CHANGE OF |
| ) | PLEA HEARING |
| JONATHAN PAUL WENDY, ) | |
| ) | |
| Defendant. ) | SAN JOSE VENUE |
| ) | |
| ) | |

    Assistant United States Attorney Susan Knight and defendant Jonathan Wendy, through his counsel, Christian Picone, respectfully request that the change of plea hearing currently scheduled for October 25, 2006 be continued to November 1, 2006.  The parties have finalized a plea agreement, and Mr. Wendy needs an additional week to review the agreement and consult with his counsel.

//

//

//

STIPULATION AND [PROPOSED] ORDER
No. 05-00207 JF                              1

1  SO STIPULATED:                    KEVIN V. RYAN
                                     United States Attorney
2

3  DATED:_____                     /s/_____
                                     SUSAN KNIGHT
4                                    Assistant United States Attorney

5
   DATED:_____                     /s/_____
6                                    CHRISTIAN E. PICONE
                                     Counsel for Mr. Wendy
7

8     Accordingly, the Court HEREBY ORDERS that the change of plea hearing be continued

9  from October 25, 2006 to November 1, 2006 at 9:00 a.m.

10 SO ORDERED.

11

12 DATED: 10/24/06                    _____
                                     JEREMY FOGEL
13                                   United States District Judge

STIPULATION AND [PROPOSED] ORDER
No. 05-00207 JF                              2