1   FRANK R. UBHAUS, CA STATE BAR NO. 46085                    **E-filed 11/29/06**
    CHRISTIAN E. PICONE, CA STATE BAR NO. 218275
2   BERLINER COHEN
    TEN ALMADEN BOULEVARD
3   ELEVENTH FLOOR
    SAN JOSE, CALIFORNIA 95113-2233
4   TELEPHONE: (408) 286-5800
    FACSIMILE: (408) 998-5388
5   frank.ubhaus@berliner.com
    christian.picone@berliner.com
6

7   ATTORNEYS FOR DEFENDANTS JONATHAN P. WENDY

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO.  5:05-cr-00207-JF

12              Plaintiff,               STIPULATION AND ORDER
                                         CONTINUING SENTENCING HEARING
13          v.
                                         [no hearing requested]
14  JONATHAN PAUL WENDY,                 Crim. L. R. 32-2

15              Defendants.

16

17      The parties stipulate as follows:

18      WHEREAS,

19      1.    The sentencing hearing for JONATHAN PAUL WENDY (hereinafter "Mr.

20  Wendy") is currently scheduled for Wednesday, February 7, 2007 at 9:00 a.m.;

21      2.    All parties, including United States Probation, would like that date moved for

22  various reasons, including additional time for the preparation of a presentence report, to permit

23  the parties to prepare their cases for sentencing and to fulfill the conditions outlined in the Plea

24  Agreement prior to a sentencing hearing.

25      3.    The moving party has confirmed with the courtroom deputy clerk that

26  Wednesday, May 2, 2007 at 9:00 a.m. is available as a proposed sentencing date.

27      IT IS THEREFORE STIPULATED AS FOLLOWS:

28

\CEP\710214.1
111506-14897001

CASE NO. 5:05-CR-00207-JF                      -1-
                    STIPULATION AND ORDER CONTINUING SENTENCING HEARING

1    That Mr. Wendy's sentencing hearing is continued to Wednesday, May 2, 2007 at 9:00

2  a.m., before the Honorable Jeremy Fogel, United States District Court Judge.

3  DATED:  NOVEMBER 20, 2006                 BERLINER COHEN

4

5                                            BY:   /S/CHRISTIAN E. PICONE
                                                  FRANK R. UBHAUS
6                                                 CHRISTIAN E. PICONE
                                                  ATTORNEYS FOR DEFENDANT
7                                                 JONATHAN PAUL WENDY

8
   DATED:  NOVEMBER 20, 2006                 KEVIN V. RYAN
9                                            UNITED STATES ATTORNEY

10

11                                           BY:   /S/SUSAN F. KNIGHT
                                                  SUSAN F. KNIGHT
12                                                ASSISTANT UNITED STATES ATTORNEY

13                              **ORDER**

14    Based upon the foregoing Stipulation and good cause appearing therefore, it is hereby

15  ordered:

16    That the previously scheduled sentencing hearing set on February 7, 2007, is vacated.

17    That the sentencing hearing for Jonathan P. Wendy is scheduled for Wednesday, May 2,

18  2007 at 9:00 a.m., before the Honorable Jeremy Fogel, United States District Judge.

19  DATED:  NOVEMBER  29 , 2006

20

21                                           BY:   _____

22                                                JEREMY FOGEL
                                                  UNITED STATES DISTRICT COURT JUDGE
23

24

25

26

27

28

CASE NO. 5:05-CR-00207-JF                      -2-

STIPULATION AND ORDER CONTINUING SENTENCING HEARING