\*\*E-filed 3/9/07\*\*

FRANK R. UBHAUS, CA STATE BAR NO. 46085
CHRISTIAN E. PICONE, CA STATE BAR NO. 218275
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
frank.ubhaus@berliner.com
christian.picone@berliner.com

ATTORNEYS FOR DEFENDANTS JONATHAN P. WENDY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN PAUL WENDY,<br><br>Defendants. | CASE NO. 5:05-cr-00207-JF<br><br>[~~PROPOSED~~] ORDER CONTINUING SENTENCING HEARING<br><br>[no hearing requested]<br>Crim. L. R. 32-2 |

### ORDER

Based upon the Stipulation filed by the Parties and good cause appearing therefor, it is hereby ordered:

That the previously scheduled sentencing hearing set on May 2, 2007, is vacated.

That the sentencing hearing for Jonathan P. Wendy is scheduled for Wednesday, June 13, 2007 at 9:00 a.m., before the Honorable Jeremy Fogel, United States District Judge.

DATED: MARCH _9_, 2007

BY: _____
JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE

\CEP\719815.1
030807-14897001

-1-
ORDER CONTINUING SENTENCING HEARING