**E-filed 4/10/07**

1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
6     150 Almaden Blvd., Suite 900
      San Jose, California 95113
      Telephone: (408) 535-5056
7     FAX: (408) 535-5066
      Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
                              UNITED STATES DISTRICT COURT
10
                             NORTHERN DISTRICT OF CALIFORNIA
11
                                     SAN JOSE DIVISION
12
13 UNITED STATES OF AMERICA,           )   No. 05-00207 JF
                                       )
14      Plaintiff,                     )
                                       )   STIPULATION AND [PROPOSED]
15      v.                             )   ORDER CONTINUING SENTENCING
                                       )   DATE
16 JONATHAN PAUL WENDY,                )
                                       )   SAN JOSE VENUE
17      Defendant.                     )
                                       )
18 _____)

19     The undersigned parties respectfully request that the sentencing hearing in the above-

20 captioned case currently scheduled for June 13, 2007 be continued to June 20, 2007. The reason

21 for the continuance is that Assistant United States Attorney Susan Knight will be out of town due

22 to government related business. Probation Officer John D. Woods does not object to the new

23 date.

24 SO STIPULATED:                           SCOTT N. SCHOOLS
                                            United States Attorney
25
   \DATED:_____                    _____/s/_____
26                                          SUSAN KNIGHT
                                            Assistant United States Attorney
27
   DATED:_____                     _____/s/_____
28                                          CHRISTIAN E. PICONE
                                            Counsel for Mr. Wendy

STIPULATION AND [PROPOSED] ORDER
No. 05-00207 JF                              1

1     Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing
2 hearing be continued from June 13, 2007 to June 20, 2007.
3 SO ORDERED.

5 DATED:__4/6/07_____      _____
                               JEREMY FOGEL
                               United States District Judge