1   FRANK R. UBHAUS, CA STATE BAR NO. 46085
    CHRISTIAN E. PICONE, CA STATE BAR NO. 218275          **E-filed 5/7/07**
2   BERLINER COHEN
    TEN ALMADEN BOULEVARD
3   ELEVENTH FLOOR
    SAN JOSE, CALIFORNIA 95113-2233
4   TELEPHONE: (408) 286-5800
    FACSIMILE: (408) 998-5388
5   frank.ubhaus@berliner.com
    christian.picone@berliner.com
6

7   ATTORNEYS FOR DEFENDANTS JONATHAN P. WENDY

8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              CASE NO.  5:05-cr-00207-JF

12            Plaintiff,                    [PROPOSED] ORDER CONTINUING
                                            SENTENCING HEARING
13       v.
                                            [no hearing requested]
14   JONATHAN PAUL WENDY,                   Crim. L. R. 32-2

15            Defendants.

16

17                              **ORDER**

18        Based upon the Stipulation filed by the Parties and good cause appearing, it is hereby

19   ordered:

20        That the previously scheduled sentencing hearing set on June 20, 2007, is vacated.

21        That the sentencing hearing for Jonathan P. Wendy is scheduled for Wednesday,

22   September 12, 2007 at 9:00 a.m., before the Honorable Jeremy Fogel, United States District

23   Judge.

24   DATED: MAY 7  , 2007

25

26   BY: _____

27   JEREMY FOGEL
     UNITED STATES DISTRICT COURT JUDGE

28

\CEP\719815.2
050107-14897001          ORDER CONTINUING SENTENCING HEARING