SCOTT N. SCHOOLS (SC 9990)                                   *efiled 11/26/07
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone:  (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 05-00207 JF |
| )  Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER IMPOSING A LIFETIME BAN |
| ) | ON THE DEFENDANT FROM WORKING |
| JONATHAN PAUL WENDY, ) | AS A TAX CONSULTANT |
| ) | |
| Defendant. ) | SAN JOSE VENUE |
| _____ ) | |

On October 31, 2007, defendant Jonathan Wendy was convicted of aiding or inducing another to file a false tax return, in violation of 26 U.S.C. § 7206(2), and sentenced to a term of imprisonment of one year and a day along with one year of supervised release.  As part of the sentence, the Court imposed a special condition of supervised release that Mr. Wendy be banned for life from working as a tax consultant.  Mr. Wendy agreed to this condition in the plea agreement.  Accordingly, Mr. Wendy agrees to the following conditions regarding his lifetime ban from working as a tax preparer:

   1. Jonathan Wendy is permanently enjoined from preparing or assisting in preparing federal tax returns for other persons.

2. Jonathan Wendy is permanently enjoined from advising, counseling, assisting, or instructing anyone about the preparation of a federal tax return.

3. Jonathan Wendy is permanently enjoined from owning, managing, controlling, working for, or volunteering for a tax-return-preparation business.

4. Jonathan Wendy is permanently enjoined from representing other persons before the Internal Revenue Service.

5. Jonathan Wendy may prepare and appear before the IRS as a tax preparer for himself and anyone who files a joint tax return with him.

SO STIPULATED:             SCOTT N. SCHOOLS
                           United States Attorney

DATED: 11/19/07            _____/s/_____
                           SUSAN KNIGHT
                           Assistant United States Attorney

DATED: 11/19/07            _____/s/_____
                           CHRISTIAN E. PICONE
                           Counsel for Mr. Wendy

IT SO ORDERED.

DATED:   11/21/07          _____
                           JEREMY FOGEL
                           United States District Judge