JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00207 JF |
|    Plaintiff, | |
|    v. | STIPULATION AND [PROPOSED] ORDER VACATING HEARING DATE AND DISMISSING FORM 12 |
| JONATHAN WENDY, | |
|    Defendant. | SAN JOSE VENUE |

    On February 2, 2010, Probation Officer Lori Timmons filed a Petition for Summons for Offender Under Supervision ("Form 12") alleging that defendant Jonathan Wendy violated a special condition of his supervised release by failing to file his income tax returns in a timely manner for tax years 2000 through 2003. The defendant appeared before Magistrate Judge Howard R. Lloyd on February 9, 2010, and the parties requested that a status hearing be scheduled on April 1, 2010. The defendant has remedied the aforementioned violation by filing his income tax returns with the Internal Revenue Service. Therefore, the parties respectfully request that the hearing be vacated and the Form 12 dismissed. Furthermore, the defendant's supervision was scheduled to terminate on March 18, 2010, however, the filing of the Form 12

STIPULATION AND [PROPOSED] ORDER
NO. CR 05-00207 JF                                  1

1  petition tolled the expiration of supervision.  The parties also request that the defendant's term of
2  supervised release be terminated.
3  SO STIPULATED:                    JOSEPH P. RUSSONIELLO
                                      United States Attorney
4
5  DATED: 3/16/10                    _____/s/_____
                                      SUSAN KNIGHT
6                                     Assistant United States Attorney
7
   DATED: 3/16/10                    _____/s/_____
8                                     LORI TIMMONS
                                      United States Probation Officer
9
10 DATED: 3/16/10                    _____/s/_____
                                      CHRISTIAN E. PICONE
11                                    Counsel for Mr. Wendy
12
13     Accordingly, the Court HEREBY ORDERS that the status hearing scheduled for April 1,
14 2010 at 9:00 a.m. is vacated and the Form 12 petition is dismissed.  The defendant has completed
15 his term of supervised release, and therefore, is discharged from any further supervision.
16 SO ORDERED.
17
18 DATED: 3/16/10                    _____
                                      JEREMY FOGEL
19                                    United States District Judge